NOT FOR PUBLICATION

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| **KARLA REYNOSA,** *on behalf of herself and others similarly situated*, | : : : : : | |
| Plaintiff, | : : | Civil Action No. 17-2424 (ES) (MAH) |
| v. | : : | ORDER |
| **EXPRESS, INC.,** | : : | |
| Defendant. | : : : | |

**SALAS, DISTRICT JUDGE**

This matter having come before the Court upon the parties' joint motion seeking approval of the parties' settlement agreement pursuant to section 16(b) of the Fair Labor Standards Act (the "FLSA"), 29 U.S.C. § 216(b), and dismissal of this action *with prejudice* (*see* D.E. No. 19);

**WHEREAS** the parties and their respective counsel having entered into a CONFIDENTIAL settlement agreement (the "Agreement");

**WHEREAS** no other individual has filed a consent to join this action pursuant to the FLSA;

**WHEREAS** the parties submitted the Agreement for the Court's *in camera* review;

**WHEREAS** the Court has carefully reviewed and considered the terms of the Agreement, as well as all other written submissions provided to the Court;

**WHEREAS** the Agreement resolves Plaintiff's claims on an individual basis and no other members of the putative class or collective will be affected by the Agreement;

1

**WHEREAS** the Court finds that the Agreement resolves a *bona fide* dispute under the FLSA because, among other things, there is disagreement concerning the propriety of (1) Plaintiff's wage payments based on an alleged misclassification and (2) mandatory arbitration as argued by Defendant;

**WHEREAS** the Court finds that the Agreement is fair and reasonable to Plaintiff;

**WHEREAS** the Court is mindful that "[a] strong public policy exists in favor of settlements," *see Edwards v. Born, Inc.*, 792 F.2d 387, 390 (3d Cir. 1986);

**WHEREAS** the Court may decide the parties' joint motion after taking into consideration the parties' unopposed submissions and without oral argument pursuant to Federal Rule of Civil Procedure 78(b);

IT IS on this 28th day of November 2017,

**ORDERED** that the joint motion for approval of the parties' settlement is GRANTED (D.E. No. 19); and it is further

**ORDERED** that the Agreement is APPROVED; and it is further

**ORDERED** that this action is hereby DISMISSED *with prejudice*.

*s/ Esther Salas*
**Esther Salas, U.S.D.J.**